

United States District Court
Eastern District of California

Clyde W. Tynes, Jr.,

Plaintiff(s)

V.

Nationstar Mortgage LLC d/b/a Mr. Cooper

Defendant(s)

Case Number: 2:21-cv-02221-KJM-DMC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Timothy J. Granitz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Clyde W. Tynes, Jr., on behalf of himself and all others similarly situated

On 05/21/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/07/2022         Signature of Applicant: /s/ Timothy J. Granitz

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Timothy J. Granitz |
| Law Firm Name: | Mahany Law, LLC |
| Address: | 8112 West Bluemound Road |
| | Suite 101 |
| City: | Milwaukee     State: WI     Zip: 53213 |
| Phone Number w/Area Code: | (414) 258-2375 |
| City and State of Residence: | Wauwatosa, WI |
| Primary E-mail Address: | tgranitz@mahanylaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Todd A. Walburg |
| Law Firm Name: | Bailey & Glasser LLP |
| Address: | 1999 Harrison Street |
| | Suite 660 |
| City: | Oakland     State: CA     Zip: 94612 |
| Phone Number w/Area Code: | (510) 272-8000     Bar # 213063 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 12, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Sheila T. Reiff
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### TIMOTHY J. GRANITZ

was admitted to practice as an attorney within this state on May 21, 2012 and is presently in good standing in this court.

Dated: December 20, 2021

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing