# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CLYDE W. TYNES, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER.COM,<br><br>Defendant. | Case No. 21-CV-02221-KJM-DMC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

On January 19, 2022, the parties jointly filed a motion to extend Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's time to respond to Complaint by forty-five days. Good cause appearing and the Defendant having shown excusable neglect, the Court GRANTS the parties' motion. Defendant may file its answer up to and including **February 11, 2022**.

Dated: January 20, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE