# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., | No. 2:21-CV-2221-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is defense counsel's request, ECF No. 27, to appear telephonically at the scheduling conference set in this matter for April 13, 2022, at 10:00 a.m., before the undersigned in Sacramento, California, Courtroom 10. Pursuant to the Court's March 30, 2022, minute order, telephonic appearances have been approved for all counsel who are not located in Sacramento, California. Because defense counsel is located in San Francisco, California, the instant request is denied as unnecessary.

/ / /

/ / /

/ / /

/ / /

/ / /

1

All counsel appearing on April 13, 2022, may do so telephonically by dialing 1-888-557-8511 and entering Access Code 9683466 # to join the hearing.

IT IS SO ORDERED.

Dated:  April 8, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2