IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., | No. 2:21-CV-2221-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint motion, ECF No. 35, for modification of the May 16, 2022, scheduling order. Good cause appearing therefor, the motion will be granted:

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint motion, ECF No. 35, for modification of the May 16, 2022, scheduling order is granted.

2. The schedule is modified as follows:

   a. All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **May 9, 2023.**

   b. Any motion for class certification shall be filed by **May 16, 2023.**

   c. All dispositive motions shall be filed by **July 17, 2023**.

3. The settlement conference set before the undersigned on April 7, 2023, is continued to June 7, 2023, at 9:30 a.m.

Dated: February 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1