IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., | No. 2:21-CV-2221-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint motion, ECF No. 38, for modification of the May 16, 2022, scheduling order. Good cause appearing therefor, the motion will be granted:

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint motion, ECF No. 38, for modification of the May 16, 2022, scheduling order is granted.

2. The schedule is modified as follows:

    a. All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **May 31, 2023.**

    b. Any motion for class certification shall be filed by **June 7, 2023.**

    c. All dispositive motions shall be filed by **August 8, 2023**.

///

3. The settlement conference set before the undersigned on June 7, 2023, is continued to June 28, 2023, at 9:30 a.m.

Dated: March 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2