IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendant. | No.  2:21-CV-2221-KJM-DMC <br><br><br> ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  A settlement conference is scheduled for June 28, 2023, at 9:30 a.m. in Redding, California, before the undersigned.  The parties are directed to each submit a confidential settlement conference statement directly to chambers by June 21, 2023.  These statements shall not be filed.  Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms.  See Local Rule 270(f)(1).  Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification.

Dated:  May 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendant. | No.  2:21-CV-2221-KJM-DMC |

## WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____            _____
                                 By:   For Plaintiff(s)


DATED: _____            _____
                                 By:   For defendant(s)