IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WILLIAM TYNES, JR., | No. 2:21-CV-2221-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint motions, ECF Nos. 41 (original motion) and 42 (corrected motion), for modification of the May 16, 2022, scheduling order. Good cause appearing therefor, the motion will be granted:

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' joint motions, ECF Nos. 41 and 42, for modification of the May 16, 2022, scheduling order are granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. The schedule is modified as follows:

    a. All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **June 21, 2023.**

    b. Any motion for class certification shall be filed by **June 28, 2023.**

Dated: June 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2